Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :   1:06-md-1789 (JFK)
                                                :
-------------------------------------------------x
*This Document Relates to:*                     :   **NOTICE OF APPEARANCE**
Kathy L. Novak                                  :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-04141-JFK                      :
-------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 30, 2008  
     New York, New York

Respectfully submitted,

By: _____/s/_____  
    Paul F. Strain

Venable LLP  
750 E. Pratt Street, Suite 900  
Baltimore, Maryland 21202  
(410) 244-7717  
Fax: (410) 244-7742  
Email: pfstrain@venable.com

Case 1:08-cv-04141-JFK    Document 7    Filed 06/30/2008    Page 2 of 3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                   /s/
                                  Paul F. Strain

                                  Venable LLP
                                  750 E. Pratt Street, Suite 900
                                  Baltimore, Maryland 21202
                                  (410) 244-7717
                                  Fax: (410) 244-7742
                                  Email: pfstrain@venable.com